## McCoy et al., Appellants, *v.* Hetzl et al.

*Practice, Superior Court — Appeals — Assignments of error — Final decree—Failure to include in assignment.*

An appeal from a decree refusing to grant an injunction will be dismissed where the final decree is neither quoted verbatim nor specifically assigned for error.

Argued March 11, 1924.  Appeal, No. 306, Oct. T., 1923, by plaintiffs, from decree of C. P. No. 2, Phila. Co., Dec. T., 1920, No. 8703, dismissing bill in equity in the case of Josepha F. McCoy and James D. Coplin v. Ferdiand A. Hetzl, Mathilde Hetzl, Charles Bourgeois, Rosalie Bourgeois, George McNaughton, Marie A. McNaughton, Ben T. Welch, John F. Weiss and Carrie Weiss.  Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ.  Appeal dismissed.

Bill in equity for injunction.  Before STERN, J.
The court dismissed the bill.  Plaintiffs appealed.

*Errors assigned* were various answers to requests for findings of fact and conclusions of law.

*Vivian F. Gable,* of *Gable, Vaughn & Gaul,* for appellants.

*Paul Reilly* and *C. M. Butterworth, Jr.,* and with them *Joseph H. Grubb, Jr.,* and *Frederick C. Newbourg, Jr.,* for appellees.

PER CURIAM, July 2, 1924:
Appellees' first proposition is, that nothing in this record will sustain a reversal, calling our attention to the defective character of the 31 assignments of error filed; it is true, they violate our rules 23 and 27; but, what is

72, (1924).]          Opinion of the Court.

more serious, appellees further insist that as the final decree was not assigned for error, the appeal should be dismissed. We are constrained to accede to that view: Prenatt v. Messenger Printing Co., 241 Pa. 267, 269; Hotel Co. v. Ry. Co., 242 Pa. 569, 573; Browarsky's Est., 252 Pa. 35, 38.

Appeal dismissed at cost of appellants.